UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COVERT, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE OF WASHINGTON, et al.,<br><br>        Defendants. | No. CV-04-3070-FVS<br><br>ORDER GRANTING FED.R.CIV.P. 41(a)(1)(i) DISMISSAL WITHOUT PREJUDICE |

The Court, being fully advised, now, therefore,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion For Fed.R.Civ.P. 41(a)(1)(i) Dismissal Without Prejudice, **Ct. Rec. 52**, is **GRANTED**. Defendant Yakima County and Defendants Bob Weeden and Jane Doe Weeden are dismissed from this action without prejudice.

2. Plaintiffs' Motion for Hearing to Shorten Time, **Ct. Rec. 50**, is **MOOT.**

3. Defendant Yakima County's Motion for Summary Judgment, **Ct. Rec. 32**, is **MOOT.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 27th day of April, 2005.

                      s/ Fred Van Sickle
                        Fred Van Sickle
          Chief United States District Judge

ORDER GRANTING FED.R.CIV.P. 41(a)(1)(i) DISMISSAL WITHOUT PREJUDICE - 1